# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:97CR128-02/RV

ERIC DARNEL TAYLOR

**REFERRAL AND ORDER**

Referred to Judge Vinson on       11/14/2005

Type of Motion/Pleading MOTION FOR MODIFICATION AND CORRECTION OF SENTENCE PURSUANT TO TITLE 18, U.S.C. SECTION 3582(c)(1)(B) OR UPON THE COURT'S OWN MOTION ...

Filed by: DEFENDANT TAYLOR    on 7/26/05    Doc. No. 217

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                              on             Doc. No.

                                              on             Doc. No.

                                     WILLIAM M. McCOOL, CLERK OF COURT

                                     /s/ V. Harmon
                                     Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  14th  day of  November , 2005, that:

(a)    The requested relief is DENIED.

(b)    See order of October 18, 2001.

                                                     /s/ *Roger Vinson*
                                                     ROGER VINSON
                                                     SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:                 By:

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:

Document No.