# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    **v.**                                      **Case No. 3:97cr128-02/RV**

**ERIC DARNEL TAYLOR**

                                           /

## ORDER

On October 3, 2008, I reduced defendant Taylor's sentence of imprisonment from 336 months to 270 months. The reduced sentence was within the guideline range as revised downward by the two-level reduction in the offense level authorized by Amendment 706. Such a reduction in sentence is only permissible when the Sentencing Commission has provided for retroactive application of the lowered sentencing range, and only in accordance with Title 18, United States Code, Section 3582(c)(2).

Having fully considered <u>all</u> of the factors set out in Title 18, United States Code, Section 3553(a) [<u>see</u> <u>United States v. Eggersdorf</u>, 126 F.3d 1318, 1322 (11th Cir. 1997)], any public safety concerns, the defendant's post-sentencing conduct, and all the matters in the record (both at the original sentencing and for the re-sentencing), the vacated 270-months sentence imposed on October 3, 2008, is hereby re-imposed.

In all other respects, the original sentence of April 21, 1998, remains in full force and effect.

**DONE AND ORDERED** this 17th day of June, 2009.

                                                 /s/ *Roger Vinson*
                                                 Roger Vinson
                                                 Senior United States District Judge