# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                 CASE NO.  3:97CR128-02/RV

ERIC DARNEL TAYLOR

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   June 17, 2009

Motion/Pleadings:  Motion to Reconsider 3582(c)(2) Motion and Motion to Request a Sentencing Hearing

Filed by   Defendant     on 06/03/2009     Doc.#   252

RESPONSES:

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

    s/J. Marbut
Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 17th *day of*  June *, 2009, that:*

*(a) The motion to reconsider is granted.  See separate order.*
*(b) The motion to request a sentencing hearing is DENIED.*

                                    /s/ *Roger Vinson*

                                    *ROGER VINSON*
                           *Senior United States District Judge*