**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                               CASE NO.  3:97CR128-02/RV

ERIC DARNEL TAYLOR

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on  June 17, 2009

Motion/Pleadings:  Motion to Reconsider 3582(c)(2) Motion and Motion to Request a Sentencing Hearing

Filed by  Defendant      on  06/03/2009      Doc.#  252

RESPONSES:

                                                    on                 Doc.#

                                                    on                 Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/J. Marbut
Deputy Clerk

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* <u>17th</u> *day of* <u>June</u> *, 2009, that:*

*(a) The motion to reconsider is granted.  See separate order.*
*(b) <u>The motion to request a sentencing hearing is DENIED.</u>*

/s/ *Roger Vinson*

***ROGER VINSON***
***Senior United States District Judge***